UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HARRY EDMOND REAVES,

                Plaintiff,

    -against-

**ORDER**
05 CV 31 (RJD) (LB)

CITY OF NEW YORK, et.al.,

                Defendants.
----------------------------------------------------------X
DEARIE, District Judge

      Plaintiff's case was referred to Magistrate Judge Lois Bloom for pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1)(B). On August 8, 2006, defendants requested that plaintiff's case be dismissed pursuant to Fed. R. Civ. P. 37(b)(2)(C) for failure to appear for his court-ordered deposition a day earlier. On August 28, 2006, Magistrate Judge Bloom issued a report, recommending that the Court grant defendants' request and dismiss plaintiff's complaint with prejudice.

      The Court has reviewed Magistrate Judge Bloom's Report and Recommendation. No objections have been filed. The Court adopts Magistrate Judge Bloom's Report and Recommendation without qualification.

SO ORDERED.

Dated: Brooklyn, New York
       October 1̷3̷, 2006

                                      s/ Judge Raymond J. Dearie

                                      RAYMOND J. DEARIE
                                      United States District Judge